IN THE UNITED STATES BANKRUPCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                          CASE NO. 1:19-BK-05133-HWV

ANGELA JOANNE WRIGHT              CHAPTER 13

        DEBTOR        /                    JUDGE: HENRY W. VAN ECK

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 9th day of September 2020.

                                         Respectfully submitted,

                                         /s/ Joshua I. Goldman

                                         Joshua I. Goldman, Esq.
                                         Pennsylvania Bar #205047
                                         PADGETT LAW GROUP
                                         6267 Old Water Oak Road, Suite 203
                                         Tallahassee, FL 32312
                                         (850) 422-2520 (telephone)
                                         (850) 422-2567 (facsimile)
                                         josh.goldman@padgettlawgroup.com
                                         *Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this the 9th day of September 2020:

/s/ Joshua I. Goldman

Joshua I. Goldman, Esq.
Pennsylvania Bar #205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

**SERVICE LIST (CASE NO. 1:19-BK-05133-HWV)**

VIA FIRST CLASS U.S. MAIL:

*DEBTOR*
ANGELA JOANNE WRIGHT
fka ANGELA JOANNE BECK
4440 SHERWOOD DRIVE
DOVER, PA 17315


VIA ECF:

*ATTORNEY FOR DEBTOR*
KARA KATHERINE GENDRON
MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG, PA 17101

DOROTHY L. MOTT
MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG, PA 17101


*TRUSTEE*
CHARLES J. DEHART, III (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

*U.S. TRUSTEE*
ASST. U.S. TRUSTEE
UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101